(November 3, 1924.)

E. F. WALTON, Respondent, v. W. W. PARISH, Appellant.

[231 Pac. 717.]

APPEAL from the District Court of the Eleventh Judicial District, for Twin Falls County. Hon. William A. Babcock, Judge.

Action for removal of officer for neglect of official duties and for recovery of penalty. Motion to dismiss appeal from the judgment *granted*. Order denying motion for new trial *affirmed*.

Walters & Parry, for Appellant.

Homer C. Mills, for Respondent.

WM. E. LEE, J.—On the authority of the case of *Walton v. Clark, ante,* p. 86, 231 Pac. 713, the motion to dismiss the appeal from the judgment is granted, and the order denying motion for new trial is affirmed, with costs to respondent.

McCarthy, C. J., and Brinck, District Judge, concur.

Budge and William A. Lee, JJ., dissent.

————

(November 3, 1924.)

E. F. WALTON, Respondent, v. G. W. BICE, Appellant.

[231 Pac. 718.]

APPEAL from the District Court of the Eleventh Judicial District, for Twin Falls County. Hon. William A. Babcock, Judge.

Action for removal of officer for neglect of official duties and for recovery of penalty. Motion to dismiss appeal from the judgment *granted*. Order denying motion for new trial *affirmed*.

Walters & Parry, for Appellant.

Homer C. Mills, for Respondent.

WM. E. LEE, J.—On the authority of the case of *Walton v. Clark, ante,* p. 86, 231 Pac. 713, the motion to dismiss the appeal from the judgment is granted, and the order denying motion for new trial is affirmed, with costs to respondent.

McCarthy, C. J., and Brinck, District Judge, concur.

Budge and William A. Lee, JJ., dissent.

---

2 31 Pac 708

(November 28, 1924.)

## J. TSUBOI, Respondent, v. MYERS COHN and SARAH COHN, Appellants.

[231 Pac. 708.]

PARTITION FENCE—FAILURE TO MAINTAIN—FENCE AGREEMENT—STATUTE OF FRAUDS — TRESPASS — IMPLIED CONTRACT — PLEADING — JOINDER—DEMURRER—APPEAL AND ERROR—CERTIFICATE REQUIRED BY RULE 24—INSTRUCTIONS.

1. An appeal from an order overruling a motion for a new trial cannot be reviewed by this court where the transcript does not contain a certificate in substantial conformity with Rule 24 of this court showing what papers were submitted to the trial judge and by him used on the hearing of the motion for new trial.

2. Both counts of complaint examined and found to state a cause of action.